UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DUANE MCGILARY,

        Plaintiff,

v.

J. GOODSPEED et al.,

        Defendants.

_____/

Case No. 1:22-cv-303

Honorable Paul L. Maloney

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  April 22, 2022

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge